# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Warren, David M. | U.S. Bankruptcy Court - Eastern District of North Carolina | 08/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Century Station Post Office and Courthouse
300 Fayetteville Street, Room 323
Raleigh, NC 27601-1749

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman | FRMT, Ltd. |
| 2. | Chairman | Turner W. Battle Scholarship Trust (Rocky Mount Academy) |
| 3. | Power of Attorney | POA #1 |
| 4. | Director | Paramount Condominium Homeowners Association, Inc. |
| 5. | President | 9 Shearwater Street Condominium Owners Association, Inc. |
| 6. | Manager | 9 Shearwater LLC |
| 7. | Manager | Roofjumpers LLC |
| 8. | Manager | McLash LLC |
| 9. | Adjunct Professor | Norman A. Wiggins School of Law (Campbell University) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinue in approximately 1991. |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/29/2016 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/1/2015 | Campbell University -Salary | $2,500.00 |
| 2. 2/15/2015 | Campbell University-Salary | $2,500.00 |
| 3. 5/7/2015 | The Glenwood Agency-Real Estate Commission | $3,112.50 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Smith Moore Leatherwood LLP- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kappa Alpha Order | 1/15/2015-1/18/2015 | West Palm Beach/Boca Raton, FL | Edgewater Conference | transportation, lodging, food |
| 2. | North-American Interfraternity Conference | 3/13/2015-3/14/2015 | Indianapolis, IN | Board Meeting | lodging, food |
| 3. | Kappa Alpha Order | 3/13/2015-3/14/2015 | Indianapolis, IN | North-American Interfraternity Conference Board Meeting | transportation |
| 4. | North-American Interfraternity Conference | 4/17/2015-4/20/2015 | Kansas City, MO | Board Meeing | lodging, food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Warren, David M. | 08/29/2016 |

| 5. | Kappa Alpha Order | 4/17/2015-4/20/2015 | Kansas City , MO | North-American Interfraternity Conference Board Meeting | transportation |
|---|---|---|---|---|---|
| 6. | Eastern Bankruptcy Institute, Inc. | 5/28/2015-5/30/2015 | N. Myrtle Beach, SC | Annual Eastern Bankruptcy Institute Seminar | lodging, food |
| 7. | FRMT, Ltd. | 06/9/2015 - 06/10/2015 | Indianapolis, IN | FRMT, Ltd Annual Meeting | transportation, lodging, food |
| 8. | Kappa Alpha Order | 7/29/2015-8/2/2015 | Roanoke, VA | Convention | lodging, food, transportation |
| 9. | North-American Interfraternity Conference | 9/11/2015-9/13/2015 | New Orleans, LA | Board Meeting | lodging, food |
| 10. | Kappa Alpha Order | 9/11/2015-9/13/2015 | New Orleans, LA | North-American Interfraternity Conference Board Meeting | transportation |
| 11. | North-American Interfraternity Conference | 9/22/2015-9/23/2015 | Indianapolis, IN | Board Meeting | lodging, food |
| 12. | Kappa Alpha Order | 9/22/2015-9/23/2015 | Indianapolis, IN | North-American Interfraternity Conference Board Meeting | transportation |
| 13. | National Conference of Bankruptcy Judges | 9/27/2015-9/30/2015 | Miami Beach, FL | Annual Meeting | lodging |
| 14. | N.C. Bar Association | 11/6/2015-11/7/2015 | Piinehurst, NC | NC Bar Association Annual Bankruptcy Institute | lodging, food |
| 15. | North-American Interfraternity Conference | 12/1/2015-12/3/2015 | Ft. Worth, TX | Board Meeting | lodging, food |
| 16. | Kappa Alpha Order | 12/1/2015-12/3/2015 | Ft. Worth, TX | North-American Interfraternity Conference Board Meeting | transportation |
| 17. | Turnaround Management Association | 12/7/2015 | Charlotte, NC | Annual Meeting | lodging, food, transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Rocky Mount, NC | D | Rent | | | Sold (part) | 12/01/15 | L | A | Ramzi Rafat Abukheit |
| 2. Rental Raleigh, NC (50% int) | D | Rent | M | Q | | | | | |
| 3. House, Wrightsville Beach, NC (17% int) | | None | M | W | | | | | |
| 4. Northwestern Mutual Life Whole Life Policy | C | Dividend | L | T | | | | | |
| 5. National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 6. Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 7. Eaton Corp (ETN) | B | Dividend | K | T | | | | | |
| 8. B&G Foods (BGS) | A | Dividend | | | Sold | 04/30/15 | K | B | |
| 9. Chemours | A | Dividend | J | T | Spinoff (from line 14) | 07/01/15 | J | | |
| 10. Clorox (CLX) | B | Dividend | K | T | | | | | |
| 11. Cummins (CMI) | A | Dividend | K | T | | | | | |
| 12. Dieago (DEO) | B | Dividend | K | T | | | | | |
| 13. Dow Chemical Company | A | Dividend | K | T | Buy | 01/08/15 | K | | |
| 14. DuPont (DD) | A | Dividend | K | T | | | | | |
| 15. Eastman Chemical Company | A | Dividend | K | T | Buy | 03/27/15 | K | | |
| 16. Emerson Electric (EMR) | A | Dividend | K | T | | | | | |
| 17. Exxon Mobil (XOM) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fluor (FLR) | A | Dividend | K | T | | | | | |
| 19. Heineken (HEINY) | A | Dividend | K | T | | | | | |
| 20. Hershey Company | A | Dividend | K | T | Buy | 08/12/15 | K | | |
| 21. Johnson & Johnson (JNJ) | B | Dividend | K | T | | | | | |
| 22. Kansas City Life Ins. Co. | A | Dividend | J | T | Buy | 12/03/15 | J | | |
| 23. Kellogg (K) | A | Dividend | K | T | | | | | |
| 24. McCormick & Co. (MCK) | A | Dividend | K | T | | | | | |
| 25. McDonalds (MDC) | B | Dividend | L | T | | | | | |
| 26. Monsanto Company | A | Dividend | K | T | Buy | 08/12/15 | K | | |
| 27. 3 M (MMM) | B | Dividend | K | T | | | | | |
| 28. Nestle (NSRGY) | B | Dividend | K | T | | | | | |
| 29. Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 30. Proctor & Gamble (PG) | B | Dividend | K | T | | | | | |
| 31. Royal Dutch Shell (RDSB) | B | Dividend | K | T | | | | | |
| 32. Sonoco (SON) | B | Dividend | K | T | | | | | |
| 33. Suncor Energy (SU) | A | Dividend | K | T | | | | | |
| 34. Sysco (SYY) | A | Dividend | | | Sold | 08/04/15 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Unilever PLC | A | Dividend | K | T | Buy | 09/02/15 | K | | |
| 36. General Mills (GIS) | A | Dividend | K | T | | | | | |
| 37. Coca Cola (KO) | A | Dividend | K | T | | | | | |
| 38. Conagra Foods (CAG) | A | Dividend | K | T | | | | | |
| 39. General Electric (GE) | A | Dividend | K | T | | | | | |
| 40. IBM | A | Dividend | K | T | | | | | |
| 41. Kraft Foods (KRGT) | B | Dividend | K | T | | | | | |
| 42. United Technologies (UTX) | A | Dividend | K | T | | | | | |
| 43. Snyders-Lance (LNCE) | A | Dividend | K | T | | | | | |
| 44. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 45. American Electric and Power | A | Dividend | | | Sold | 01/13/15 | K | C | |
| 46. First Citizens Bank A | A | Dividend | K | T | | | | | |
| 47. First Citizens Bank B Preferred | A | Dividend | K | T | | | | | |
| 48. Pepco Holdings | A | Dividend | J | T | | | | | |
| 49. Petroleo Brasileiro | A | Dividend | J | T | | | | | |
| 50. Amerprise Insured Money Market | A | Interest | J | T | | | | | |
| 51. Fidelity Equity Income (DMW) | A | Dividend | K | T | Buy (add'l) | 01/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Equity Income (KLB) | A | Dividend | J | T | Buy (add'l) | 05/18/15 | J | | |
| 53. | | | J | T | Buy (add'l) | 06/22/15 | J | | |
| 54. | | | J | T | Buy (add'l) | 08/21/15 | J | | |
| 55. | | | J | T | Buy (add'l) | 09/29/15 | J | | |
| 56. | | | J | T | Buy (add'l) | 10/27/15 | J | | |
| 57. | | | J | T | Buy (add'l) | 12/10/15 | J | | |
| 58. Fidelity Equity Income (MMW) | A | Dividend | J | T | | | | | |
| 59. Allegion (ALLE) | A | Dividend | J | T | | | | | |
| 60. Campbell Soup (CPB) | A | Dividend | J | T | | | | | |
| 61. Clorox (CLX) | A | Dividend | J | T | | | | | |
| 62. Conagra (CAG) | A | Dividend | K | T | | | | | |
| 63. Cummins Inc | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 64. Dupont | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 65. Eaton (ETN) | A | Dividend | J | T | | | | | |
| 66. Exxon Mobil (XOM) | A | Dividend | J | T | | | | | |
| 67. General Electric (GE) | A | Dividend | J | T | | | | | |
| 68. Kellogg (K) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 70. 3M Compnay | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 71. McCormick & Co. (MKC) | A | Dividend | J | T | | | | | |
| 72. McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 73. Molson Coors(TAP) | A | Dividend | | | Sold | 09/24/15 | J | C | |
| 74. Nestle (NSRGY) | A | Dividend | J | T | | | | | |
| 75. Pepsico (PEP) | A | Dividend | J | T | | | | | |
| 76. Proctor & Gamble (PG) | A | Dividend | J | T | Buy (add'l) | 09/02/15 | J | | |
| 77. Snyders Lance (LNCE) | A | Dividend | J | T | | | | | |
| 78. Sonoco (SON) | A | Dividend | J | T | | | | | |
| 79. Sysco (SYY) | A | Dividend | | | Sold | 08/04/15 | J | A | |
| 80. Unilever | A | Dividend | J | T | | | | | |
| 81. Ingersoll-Rand PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I
Line 2: The Turner W. Battle Scholarship Trust is an asset of Rocky Mount Academy. David M. Warren has no ownership interest in the funds of approximartely $500,000. The interest from the principal is used to fund educational scholarships for students attending Rocky Mount Academy in Rocky Mount, NC.

Part II:
Line 1: The Poyner Spruill LLP Retirement Plan (pension) is currently underfunded but is insured by the Pension Benefit Guaranty Corp. David M. Warren does not have information on the performance of the pension plan and has not made contributions or withdrawals. He has no liability for its performance. The entry regarding this asset was removed from Part VII (listed in 2014 on line 8) as it is correctly reported as a pension interest in Part II.

Part III:
Line 3: David M. Warren has held a North Carolina Real Estate Brokers License since approximately 1989. The commissions earned are solely from the sale of property in which he or his spouse has an interest.

Part VII:
Line 1: The rental property in Rocky Mount was sold with a purchase money promissory note and deed of trust. The sum of $10,000 was paid at closing with the balance being financed over time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544